IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY WILLIAM BARE, et al., : | |
| : | CIVIL ACTION |
| Plaintiffs, : | |
| : | NO. 10-4546 |
| v. : | |
| : | |
| KELLY CRUZ, et al., : | |
| : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 2nd day of April 2012, upon consideration of Plaintiffs' Motion to Compel Production of Documents Pursuant to Rule 45(c)(2)(B)(i) (Doc. No. 37), the Response of Defendant, Frank E. Pawlowski, in Opposition to Plaintiffs' Motion to Compel Production of Documents Pursuant to Rule 45(c)(2)(B)(i), and the arguments of counsel at the hearing held on January 4, 2012, it is **ORDERED** that Plaintiffs' Motion to Compel Production of Documents Pursuant to Rule 45(c)(2)(B)(i) (Doc. No. 37) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.